UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DEWAYNE PITTMAN,<br><br>    Plaintiff,<br><br>v.<br><br>LANDSPHERE PROPERTY MANAGEMENT, et al.,<br><br>    Defendants. | Case No. 25-cv-07705-EKL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable P. Casey Pitts for consideration of whether the case is related to *Pittman v. City of San Jose*, No. 25-cv-07557.

**IT IS SO ORDERED.**

Dated: September 11, 2025

_____
EUMI K. LEE
United States District Judge