UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DEWAYNE PITTMAN, | Case No.  25-cv-07557-PCP |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

On December 30, 2025, the Court dismissed this case with prejudice for failure to state a claim. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendants and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 30, 2025

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California